GLORIA QUINONES et al., Plaintiffs, and EFRAIN QUINONES, Appellant, v. RICHARD HUNCHAK et al., Respondents.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

RUTH TIMMES, as Administratrix of the Estate of CHARLES A. TIMMES, Deceased, Respondent, v. ANN YEAGER, Appellant, et al., Defendant.

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.

IMRE ZAKARIAS, Respondent, v. RADIO PATENTS CORPORATION et al., Defendants, and GENERAL ELECTRIC COMPANY, Appellant.

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.